Tanya E. Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
RONALD MOORE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>    vs.<br><br>WINDECKER FUEL INC., et al.,<br><br>           Defendants. | No.  1:10-CV-02118-LJO-DLB<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE;  ORDER** |

**WHEREAS**, Plaintiff filed his Complaint on November 15, 2010;

**WHEREAS**, Plaintiff and Defendants are diligently engaged in settlement negotiations and they anticipate a settlement will be reached in the near future;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for February 15, 2011 which will not provide the parties enough time to explore and/or complete a resolution through settlement;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date after March 21, 2011 in order to allow the parties time to explore settlement.

///

///

1  Date: February 8, 2011                             MOORE LAW FIRM, P.C.

                                                     /s/Tanya E. Moore
                                                     Tanya E. Moore
                                                     Attorneys for Plaintiff

                                                     LAW OFFICES OF BENJAMIN L.
                                                     RATLIFF


                                                     /s/ James T. Binion
                                                     James T. Binion, Attorneys for
                                                     Defendants

## ORDER

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for February 15, 2011 be continued to March 31, 2011 at 9:30 am in Courtroom 9 before the Honorable Dennis L. Beck.

IT IS SO ORDERED.

Dated:   **February 8, 2011**                         /s/ Dennis L. Beck
                                                     UNITED STATES MAGISTRATE JUDGE

*Moore v. Windecker Fuel, Inc., et al.*
Stipulation to Continue Mandatory Scheduling Conference
Page 2