# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. CV F 10-2118 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** (Doc. 14.) |
| vs. | |
| WINDECKER FUEL, INC., et al., | |
| Defendants. / | |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 25, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the March 31, 2011 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   March 24, 2011**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE