Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>             Plaintiff,<br><br>      vs.<br><br>WINDECKER FUEL, INC., et al.,<br><br>             Defendants. | No.  1:10-CV-2118-LJO-DLB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Windecker Fuel, Inc., John E. Windecker dba Chevron aka Pacheco Chevron, Philip J. Ruggiero, and Ethel E. Scrievers, the parties to this action, by and through their respective counsel, that pursuant to Federal Rules Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: April 22, 2011                                        MOORE LAW FIRM, P.C.


                                                            /s/Tanya E. Moore
                                                            Tanya E. Moore
                                                            Attorneys for Plaintiff Ronald Moore

///

*Moore v. Windecker Fuel, Inc., et al.*
Stipulation for Dismissal; Order

Page 1

Date: April 22, 2011                                    LAW OFFICES OF BENJAMIN L. RATLIFF

/s/ James T. Binion
James T. Binion, Attorneys for Defendants Windecker Fuel, Inc.; John E. Windecker, dba Chevron aka Pacheco Chevron; Philip J. Ruggiero; and Ethel E. Scrievers

## **ORDER**

The parties having so stipulated,

this action is to be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **April 22, 2011**                              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

*Moore v. Windecker Fuel, Inc., et al.*
Stipulation for Dismissal; Order